

# MANDATE

# The Fourteenth Court of Appeals

NO. 14-15-00276-CR

Blanca Esther  Vega, Appellant

v.

The State of Texas, Appellee

Appealed from the 263rd District Court of Harris County. (Tr. Ct. No. 1433929). Opinion delivered Per Curiam.

**TO THE 263RD DISTRICT COURT OF HARRIS COUNTY, GREETINGS:**

Before our Court of Appeals on May 14, 2015, the cause upon appeal to revise or reverse your judgment was determined.  Our Court of Appeals made its order in these words:

This cause was heard on the motion of the appellant to withdraw notice of appeal. Having considered the motion the Court orders the appeal **DISMISSED**.

We further order appellant pay all costs expended in the appeal.

We further order the mandate be issued immediately. We further order this decision certified below for observance.

**WHEREFORE, WE COMMAND YOU** to observe the order of our said Court in this behalf and in all things have it duly recognized, obeyed, and executed.

**WITNESS**, the Hon. Kem Thompson Frost, Chief Justice of our Fourteenth Court of Appeals, with the Seal thereof affixed, at the City of Houston, May 22, 2015.

**CHRISTOPHER A. PRINE, CLERK**